PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-7665

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

In re                                                    Bk. No. 10-10269-lbr

DAN NAPIER                                               Chapter 13

    Debtor.                                              REQUEST FOR SPECIAL NOTICE
_____/

        IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

           PROBER & RAPHAEL, A LAW CORPORATION
           20750 Ventura Boulevard, Suite 100
           Woodland Hills, California 91364

Dated: February 23, 2010        By /s/ Dean R. Prober
                                     DEAN R. PROBER, ESQ., CA BAR # 106207
                                     As Agent for BAC Home Loans Servicing, LP

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Janice Warren, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, March 3, 2010, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Dan Napier
111 North Royal Ascot Drive
Las Vegas, NV 89144
Debtor

Randolph Goldberg, Esquire
4000 S. Eastern Ave., #200
Las Vegas, NV 89119
Attorney for Debtor

Kathleen A. Leavitt
201 Las Vegas Blvd., SO. #200
Las Vegas, NV 89101
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2010, at Woodland Hills, California.

                                                      /s/ Janice Warren