Entered on Docket
November 22, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
KRAVITZ, SCHNITZER, SLOANE & JOHNSON CHTD.
8985 S. Eastern Avenue #200
Las Vegas, NV  89123
(702) 222-4118
JSloane@kssattorneys.com
Attorney for Creditor
HTD LEASING

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | ) | In Proceedings Under |
|---|---|---|
|  | ) | Chapter 13 |
| DAN NAPIER | ) | BK-S-10-10269-lbr |
|  | ) |  |
|  | ) |  |
| Debtor. | ) | DATE:  N/A |
| _____ | ) |  |

STIPULATED ORDER LIFTING AUTOMATIC STAY

IT IS HEREBY STIPULATED AND AGREED by and between Debtor, DAN NAPIER, by and through their attorney, RANDOLPH GOLDBERG, ESQ., the Trustee, KATHLEEN A. LEAVITT , and Jeffrey G. Sloane, Esq. of the law firm of Kravitz, Schnitzer, Sloane & Johnson, Chtd., by and on behalf of Creditor, HTD LEASING, that:

WHEREAS HTD LEASING holds ownership interest in the following Vehicle:  2006 Land Rover Ranger Rover, VIN #SALME15476A229890; and,

WHEREAS the Debtor is currently in arrears of the obligations due under the terms of the Retail Agreement dated May 26, 2006, and the Debtor is unable to cure the existing arrearages; it is, therefore,

STIPULATED AND AGREED that the automatic stay afforded the Debtor by 11 U.S. Code Section 362(a) shall be immediately lifted to permit HTD LEASING to take possession of said Vehicle and to sell same and apply the proceeds of said sale to the indebtedness due HTD LEASING by Debtor.

///

///

1        IT IS FURTHER STIPULATED AND AGREED that upon disposition of the property,

2  HTD LEASING will amend or delete its Proof of Claim on file with the Court and provide the

3  Chapter 13 trustee notice of the same.

4        DATED the \_17th\_ day of \_November\_, 2010.

5

6  KRAVITZ, SCHNITZER, SLOANE &
   JOHNSON, CHTD

7

8  BY_____
9    JEFFREY G. SLOANE, ESQ.
    8985 S. Eastern Avenue #200
10    Las Vegas, NV 89123
    Attorneys for Creditor

11

12

13 BY_____
   RANDOLPH GOLDBERG, ESQ.
14   4000 S. Eastern Ave., #200
   Las Vegas, NV 89119
15   Attorneys for Debtor

16 APPROVE/DISAPPROVE:

17

18

19 BY_____
   KATHLEEN A. LEAVITT, TRUSTEE
20   201 Las Vegas Blvd. So., #200
   Las Vegas, NV 89101

21

22

23

24

25                                ###

26

27

28

## ALTERNATIVE METHOD re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

(  )    The Court has waived the requirement of approval under LR 9021(b)(1).

(  )    No party appeared at the hearing or filed an objection to the motion.

( X )   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel for Plaintiff appeared and the Trustee has responded.

(  )    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and no party has objected to the form or content of the order.

Date:    November 17, 2010

/s/JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123